1 | SCOTT M. De NARDO (State Bar No. 216749)
LAW OFFICES OF SCOTT M. De NARDO
2 | 673 Brannan Street, Unit 505
San Francisco, CA 94107
3 | TEL: 415.989.4600
FAX: 415.520.0812
4 | Email: scott.denardo@gmail.com

5 | Attorney for Plaintiff,
MR. CHRISTOPHER LEE COLE
6

7 | **UNITED STATES DISTRICT COURT**

8 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9 | **(Oakland Division)**

10

11 | CHRISTOPHER LEE COLE,            )        Case No. 09-CV-0016 SBA
                                    )
12 |         Plaintiff,              )        **NOTICE OF VOLUNTARY DISMISSAL**
                                    )
13 |    vs.                          )        [F.R.C.P. Rule 41(a)(1)].
                                    )
14 | FIRST REPUBLIC BANK, a Nevada Corp., )   Date:
                                    )        Time:
15 |         Defendant.              )        Courtroom:  3, 3rd Floor
                                    )        Location:   1301 Clay Street
16                                  )                    Oakland, CA 94612-5212
                                    )        Judge:      Hon. Saundra B. Armstrong
17                                  )
                                    )
18

---

*(Cole v. First Republic Bank)* – **Case No. 09-CV-0016 SBA**                                     0
**NOTICE OF VOLUNTARY DISMISSAL – [F.R.C.P. Rule 41(a)(1)].**

1 | NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiff
2 | voluntarily dismisses the above-captioned action against all parties with prejudice.
3 | Dated: August 7, 2009                                   Respectfully submitted,

_____/s/_____
SCOTT M. De NARDO,
Attorney for Plaintiff COLE

IT IS SO ORDERED.

Dated: __8/10/09_____          _____*Sandra B. Armstrong*_____
                                                              UNITED STATES DISTRICT COURT JUDGE

---

*(Cole v. First Republic Bank)* – **Case No. 09-CV-0016 SBA**
**NOTICE OF VOLUNTARY DISMISSAL – [F.R.C.P. Rule 41(a)(1)].**                                             1

<u>PROOF OF SERVICE BY U.S. MAIL</u>

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 673 Brannan Street, Unit 505, San Francisco, California 94107. On August 7, 2009, I served the within:

**NOTICE OF VOLUNTARY DISMISSAL**
**[F.R.C.P. Rule 41(a)(1)]**

on the interested parties in this action following our business practice, with which I am readily familiar. On the same day that correspondence is mailed with the United States Postal Service, it is sealed in an envelope and, with postage thereon fully prepaid postage, I placed each for deposit with the United States Postal Service, this same day, at my business address shown above, following ordinary business practices to the individual(s) listed below e-mail account as follows:

**FIRST REPUBLIC BANK**
**111 Pine Street**
**San Francisco, CA**

**C T CORPORATION SYSTEM**
**818 West Seventh Street**
**Los Angeles, CA 90017**

**Ms. Lisa Barnett Sween**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 7, 2009 at San Francisco, California.

                                              **/s/ Scott M. De Nardo**
                                                Scott M. De Nardo